**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JASMINE KAUR,

Plaintiff,

-against-

JAG PHYSICAL THERAPY,

Defendant.
----------------------------------------------------------------X

**ORDER**

**26-CV-4710 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Courts Order at docket number five was mailed to Plaintiff and returned for "insufficient address." Plaintiff is reminded that she has an obligation to keep her address updated with the Court.

SO ORDERED.

DATED: New York, New York
July 20, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge