UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE KAUR,<br><br>Plaintiff,<br><br>-against-<br><br>JAG PHYSICAL THERAPY,<br><br>Defendant. | **ORDER**<br><br>**26-CV-04710 (JHR)(JW)** |
| JASMINE KAUR,<br><br>Plaintiff,<br><br>-against-<br><br>JAG PHYSICAL THERAPY,<br><br>Defendant. | **26-CV-04715 (JHR)(JW)** |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court's Order at Dkt. No. 23 was mailed to Plaintiff and returned for "insufficient address." Defendant has provided Plaintiff's complete address, including the apartment number, to the court. However, it is still Plaintiff's obligation and responsibility to send a letter to the Court confirming her current mailing address and other contact information for purposes of service and notice, such as email. Dkt. No. 15. A failure to keep the Court and other parties updated on any change of address and contact information may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. For

assistance, Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project of the City Bar Justice Center which offers free, limited scope legal advice for pro se litigants. Plaintiff can fill out a form requesting assistance at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. The clinic can also be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org, as well as by in-person appointments in the Courthouse.

**The Clerk of Court is respectfully requested to ensure that Plaintiff's address in each of the above-captioned cases is updated to include her apartment number and mail a copy of 1) this order to the Pro-se litigant at the address on ECF, 2) 26-cv-04710-JHR-JW, Dkt. Nos. 5, 8, 13 and 15 to the same address, and 3) 26-cv-04715-JHR-JW, Dkt. Nos. 9 and 10 to the same address**.

SO ORDERED.

Dated: New York, New York
August 25, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge