**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASMINE KAUR,<br><br>Plaintiff,<br><br>-against-<br><br>JAG PHYSICAL THERAPY,<br><br>Defendant. | **ORDER**<br><br>**26-CV-04710 (JHR)(JW)** |
| JASMINE KAUR,<br><br>Plaintiff,<br><br>-against-<br><br>JAG PHYSICAL THERAPY,<br><br>Defendant. | **26-CV-04715 (JHR)(JW)** |

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties were scheduled to appear for an Initial Case Management Conference today on October 6, 2026 at 11:30 PM. While counsel for Defendant was present, Plaintiff failed to appear. The Court's deputy attempted to call Plaintiff without a response, and the Court waited for Plaintiff to arrive until 11:45 AM. Due to Plaintiff's lack of response, the Initial Case Management Conference is ADJOURNED *sine die.*

SO ORDERED.

DATED: New York, New York
October 6, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge