**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASMINE KAUR,<br>Plaintiff,<br>-against-<br>JAG PHYSICAL THERAPY,<br>Defendant. | **ORDER**<br>**26-CV-04710 (JHR)(JW)** |
| JASMINE KAUR,<br>Plaintiff,<br>-against-<br>JAG PHYSICAL THERAPY,<br>Defendant. | **26-CV-04715 (JHR)(JW)** |

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Pursuant to the parties' briefing schedule, Plaintiff's opposition to Defendants' motions to dismiss in both actions were due on **October 16, 2026**. See 26-CV-04710 at Dkt. No. 12; 26-CV-5715 at Dkt. No. 13. The Court has not received any response from Plaintiff. As a courtesy, Plaintiff has until **October 28, 2026** to submit a response. If Plaintiff fails to do so, the Court will consider Defendants' motions to dismiss unopposed.

SO ORDERED.

DATED: New York, New York
October 21, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge